FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

ABEL ACOSTA, CLERK

PD-1661-14

PD-1661-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/19/2014 6:04:03 PM
Accepted 12/29/2014 11:13:38 AM
ABEL ACOSTA
CLERK

NO. _____

| | | | |
|---|---|---|---|
| **MARCO POLO MEDINA-GONZALEZ** | § | **IN THE COURT OF** | |
| | § | | |
| **VS.** | § | **CRIMINAL APPEALS** | |
| | § | | |
| **STATE OF TEXAS** | § | **OF TEXAS** | |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Marco Polo Medina-Gonzalez, Appellant in the above styled and numbered cause, and moves for an extension of time of 90 days to file a petition for discretionary review, and for good cause shows the following:

1. On November 20, 2014, the Court of Appeals affirmed appellant's conviction. Marco Polo Medina-Gonzalez v. State, 10-13-00394-CR. This petition is therefore due on December 20, 2014.

2. Counsel has been unable to complete the petition for the following reasons:

In addition to Appellate Counsel's regular solo practice, he had an appellate brief due December 15, 2014 in the Thirteenth Court of Appeals for the State of Texas. The record consisted of more than 800 pages for this appeal -- No. 13-14-00031-CR, State of Texas v. Aaron Anthony Torres--in which the defendant

was convicted of: 1 count continuous sexual abuse of a child, 3 counts aggravated sexual assault of a child, and 4 counts indecency with a child by contact. Additionally

3.     Appellant request an extension of ninety (90) days to file his petitioner and submits the following as the reason for such request:

a) The Holidays

b) Appellate Counsel currently has the following court settings:

   a. Jury trial beginning 1/12/2015 in United State v. Andrew Toliver, cause number W-14-CR-258, in the Western District of Texas Waco Division, wherein the Defendant is charged with Possession of a Controlled Substance.

   b. Jury trial beginning 1/13/2015 in State v. Lamar Sterling, in the 19th District Court of McLennan County, wherein Defendant is charged with:

      i. Tampering with Physical Evidence, cause number 2014-1268-C1;

      ii. Possession of Controlled Substance, cause number cause number 2013-567-C1;

      iii. Possession of Controlled Substance in a drug free zone, cause number 2013-2117-C1.

c. 1/21/2015-1/26/2015 CLE seminar 2015 National Appellate Defense & Persuasive Writing Skills Institute with the National Legal aid & Defender Association.

d. 2/3/2015 priority jury trial beginning in State v. Ronny Standifer, cause number 2013-122-C1 in the 19th District Court of McLennan County, Texas wherein Defendant is charged with Aggravated Assault.

e. 2/23/2015 jury trial beginning in State v. Mekamie Olivarez, cause number 2014-521-C2 in the 54th District Court of McLennan County, Texas where Defendant is charged with Possession of Controlled Substance.

f. 2/24/2015 jury trial beginning in State v. Willie Lloyd in the 19th District Court of McLennan County where Defendant is charged with:

   i. Theft of Service cause number 2013-1295-C1

   ii. Theft by Check cause number 2012-1861-C1

g. 2/24/2015 jury trial beginning in State v. Tina Johnson Fox where Defendant is charged by Theft in cause number 2014-1239-C1 in the 19th District Court.

h. 2/15/15-2/18/15 Appellate Counsel serves as the Presiding

Judge of the Marlin Municipal Court and is expected to attend the annual mandatory judge's seminar with the TMCEC.

4.      Appellant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 90 days, i.e. until March 21, 2015, to file a petition for discretionary review.

Respectfully submitted,

Law Office of Denton B. Lessman
100 N. 6th Street, Ste. 702
Waco, TX 76701
Tel: (254) 776-4544
Fax: (254) 776-4551


By:_____
    Denton B. Lessman
    State Bar No. 24042474
    DLessmanAtty@aol.com
    Attorney    for    Marco    Polo
    Medina-Gonzalez

## CERTIFICATE OF SERVICE

This is to certify that on December 19, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, McLennan County, Texas, by electronic service through the Electronic Filing Manager.

 

 

Denton B. Lessman